UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-23183-CIV-HUCK/O'SULLIVAN

THE WEITZ COMPANY, LLC,

    Plaintiff,

v.

TRANSPORTATION INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Plaintiff's Verified Request to Enter Bill of Costs (D.E. #90), filed June 18, 2009.  On September 21, 2009, the Honorable John J. O'Sullivan, United States Magistrate Judge, issued a Report and Recommendation (D.E. #110), recommending that the Plaintiff's request be granted.  The Court has independently reviewed the Report and Recommendation and the record.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, and the Plaintiff is awarded $343.75 in costs.

DONE AND ORDERED in chambers, Miami, Florida, October 14, 2009.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge John J. O'Sullivan
All Counsel of Record