UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-23183-CIV-HUCK/O'SULLIVAN

THE WEITZ COMPANY, LLC,

    Plaintiff,

v.

TRANSPORTATION INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Defendant's Motion to Reconsider the Magistrate Judge's Report and Recommendation, or in the Alternative, Objection to the Magistrate Judge's Report and Recommendation (D.E. #113), filed October 12, 2009. Magistrate Judge O'Sullivan's Report and Recommendation (D.E. #112) addressed Plaintiff's Verified Motion for Attorneys' Fees (D.E. #92). He recommended granting in part and denying in part the Verified Motion for Attorneys' Fees and awarding Plaintiff fees in the amount of $52,890.20. Magistrate Judge O'Sullivan then considered Defendant's Motion to Reconsider the Magistrate Judge's Report and Recommendation (D.E. #113). In a December 3, 2009 Order, he granted in part and denied in part Defendant's Motion to Reconsider, recommending that Plaintiff's fees be further reduced by $1,100.00. Thus, Magistrate Judge O'Sullivan recommended that Plaintiff be awarded fees in the amount of $51,790.20.

The Court has reviewed *de novo* the Report and Recommendation (D.E. #112), Defendants' Objections (D.E. #113), Magistrate Judge O'Sullivan's December 3, 2009 Order (D.E. #118), and the record, and is otherwise duly advised. The Court overrules Defendant's Objections and adopts the findings of fact and conclusions in the Report and Recommendation, as modified by the December 3, 2009 Order. Accordingly, it is hereby

ORDERED that the Report and Recommendation, as modified by Magistrate Judge O'Sullivan's December 3, 2009 Order, is ADOPTED. Plaintiff's Verified Motion for Attorneys'

Fees is therefore GRANTED IN PART, DENIED IN PART.  Plaintiff is awarded fees in the amount of **$51,790.20**, to be paid on or before **Monday, January 4, 2010**.  If payment is not made by that date, Plaintiff may move this Court to enter a judgment against Defendant in that amount.

DONE in Chambers, Miami, Florida, December 16, 2009.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge John J. O'Sullivan
Counsel of Record